JOYNER *v.* STATE

[No. 348, September Term, 1964.]

*Decided July 13, 1965.*

The cause was argued before HAMMOND, HORNEY, MAR-
BURY, SYBERT and BARNES, JJ.

*Irving B. Klitzner* for appellant.

Submitted on brief by *Thomas B. Finan, Attorney General,
Stuart H. Rome, Assistant Attorney General, Charles E. Moy-
lan, Jr.* and *Lucy Ann Garvey, State's Attorney* and *Assistant
State's Attorney,* respectively, *for Baltimore City,* for appellee.

PER CURIAM.

This is another frivolous appeal. Appellant's only conten-
tion is that the evidence was insufficient to support his convic-
tion in a non-jury trial for breaking into a storehouse and steal-
ing therefrom. The State's proof showed that the police found
the appellant and an accomplice in a lunchroom early one morn-
ing with 28 packs of chewing gum and $15.50 in nickels, taken
from the establishment, as well as a screwdriver, in their pock-
ets. Other merchandise was strewn about the place. Entrance
had been gained by breaking a panel and a lock on a rear door.
The trial judge was not required to believe the appellant's story

708

that he had entered the lunchroom the evening before, when it was still open for business, had remained therein all night, and had taken no part in breaking in. The evidence was ample to sustain the conviction.

*Judgment affirmed.*